UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-7242-JAK (KS)                                                        Date: November 5, 2020

Title   *Okang Palmer v. Neil McDowell*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 12, 2020, Petitioner, a California state prisoner represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. No. 1.) On September 11, 2020, Petitioner filed a request for a *Kelly* stay (Dkt. No. 6), and, on September 14, 2020, the Court granted Petitioner's request for a *Kelly* stay, dismissed Grounds Three and Four of the Petition, and ordered Petitioner to file, no later than October 14, 2020, a state habeas petition in the California Supreme Court fairly presenting Grounds Three and Four of the original Petition and, *inter alia*, a copy of that petition with a status report advising the Court of the status of his state habeas proceeding. (Dkt. No. 7.)

More than three weeks have now passed since Petitioner's deadline for complying with the Court's September 14, 2020 Order, and Petitioner has neither filed a status report nor otherwise communicated with the Court about his case. Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than November 19, 2020, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before the November 19, 2020 deadline**:

(1) a copy of the state habeas petition he filed in the California Supreme Court and a status report advising the Court of the status of his state habeas proceeding; <u>or</u>
(2) a request for a 30-day extension of time and a sworn declaration (not to exceed 3 pages) presenting a plausible and coherent explanation, supported by competent evidence whenever possible, for Petitioner's failure to timely comply with this Court's order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-7242-JAK (KS)                                                              Date: November 5, 2020

Title         *Okang Palmer v. Neil McDowell*

      Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action with no further consequence.

      **Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and ordering Respondent to respond to the Petition as amended by the Court's September 14, 2020 dismissal of Grounds Three and Four.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |