# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKANG PALMER,<br><br>            Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,<br><br>            Respondent. | Case No. 2:20-cv-7242-JAK (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed his Objections, which have been reviewed, and are overruled. They do not warrant any change to the conclusions of the Report and Recommendation. Therefore, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that: (1) the Motion to Dismiss is GRANTED with respect to Claim Three; and (2) Respondent shall file and serve an Answer to the Petition addressing the merits of the Petition's remaining claims **within twenty-one (21) days** of the issuance of this Order.

Dated: August 24, 2022

JOHN A. KRONSTADT
United States District Judge