UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKANG PALMER,<br><br>           Petitioner,<br><br>     v.<br><br>NEIL MCDOWELL,<br><br>           Respondent. | Case No. 2:20-CV-7242-JAK (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge ("R&R"), and the objections to the R&R (Dkt. 53).  The Court accepts the findings and recommendation of the Magistrate Judge based on the review and the determination that the objections lack merit.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) **DENYING** the Petition for a Writ of Habeas Corpus; and (2) **DISMISSING** this action with prejudice.

Dated: July 24, 2023

_____
JOHN A. KRONSTADT
United States District Judge