UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKANG PALMER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL,<br><br>　　　　　　Respondent. | Case No. 2:20-CV-7242-JAK (MAR)<br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: July 24, 2023

_____
JOHN A. KRONSTADT
United States District Judge